**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, ESQS.**
**505 Main Street  -   Suite 304**
**Hackensack, New Jersey   07601**
**(201) 343-4040**
**Attorneys for Debtor (s)**



Order Filed on June 12, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Jose P Castro | : | HONORABLE Christine M. Gravelle |
| | : | CHAPTER 13 |
| Debtor (s) | : | CASE NO.  25-15022 |
| | : | HEARING DATE: 06/11/25 at 9:00 a.m |

## ORDER EXTENDING

☐    CASE         ✓    AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: June 12, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

This matter having been presented to the Court by Russell L. Low, Esq. and, for good cause it is

**ORDERED** that:

The Automatic Stay is extended as to all creditors properly served with the Notice of Motion.