Certificate Number: 00927-NJ-DE-039813162

Bankruptcy Case Number: 25-15022



00927-NJ-DE-039813162

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 27, 2025, at 1:18 o'clock PM EDT, Jose P Castro completed a course on personal financial management given by internet by 247 Bankruptcy Class, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   June 27, 2025 By:   /s/ Al Duarte

Name:   Al Duarte

Title:   Certified Credit Counselor